UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. ~~05-10367-MEL~~

~~United States~~ James T. Richards  )
                                      )
vs.                                   )   MOTION TO PROCEED IN FORMA PAUPERIS
Michael J. Sullivan,                  )
U.S. Attorney                         )
~~James T. Richards~~                 )
U.S. Justice Dept.

Now Comes defendant and hereby requests that this Honorable Court allow defendant to proceed in forma pauperis.

As reason therefor, defendant states that he has been incarcerated since January 19, 2002; that he is indigent; that he has assets of approximately $20.00 and liabilities in excess of $25,000.

Respectfully submitted,

*James T. Richards*
James T. Richards, 22410
N.C.C.C., PMD-9
200 West St.
Dedham, MA 02027

AFFIDAVIT IN SUPPORT OF
DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

I, James T. Richards, hereby declare that :

(1) I am indigent in that I am a person whose income, after taxes, is 125% or less the current poverty threshold annually established by the Community Services Administration pursuant to Section 625 of the Economic Opportunity Act, as amended;

(2) that I have assets of approximately $20.00 and liabilities of more than $25,000.00.

Signed this 11th day of August, 2004 under the penalties of perjury.

*James T. Richards* (signature)

## Account Activity Ledger
From : 06/09/2004    To : 08/02/2004

Date: 08/02/2004  
Time: 14:06

| Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 022446887 | **Name** RICHARDS, JAMES T | | | **Block** | | **Previous Balance** | | 0.00 |
| 06/10/2004 | 13:12 | B#24796 | Deposit | | 25.00 | | | 25.00 |
| **Comment** 56R | | | | | Cash | | | |
| 06/16/2004 | 16:37 | I#265106 | I | 19.57 | | | | 5.43 |
| **Comment** Sales Transaction | | | | | | | | |
| 06/17/2004 | 12:25 | B#24855 | Deposit | | 35.65 | | | 41.08 |
| **Comment** 90t | | | | | Check | | plymouth h/c | |
| 06/18/2004 | 12:19 | B#24866 | Deposit | | 5.00 | | | 46.08 |
| **Comment** 21u | | | | | Cash | | | |
| 06/22/2004 | 13:36 | B#24892 | Deposit | | 5.00 | | | 51.08 |
| **Comment** 40v | | | | | Cash | | | |
| 06/24/2004 | 12:07 | I#265536 | I | 22.37 | | | | 28.71 |
| **Comment** Sales Transaction | | | | | | | | |
| 07/01/2004 | 08:25 | I#266011 | I | 24.23 | | | | 4.48 |
| **Comment** Sales Transaction | | | | | | | | |
| 07/02/2004 | 13:29 | B#25012 | Deposit | | 5.00 | | | 9.48 |
| **Comment** 57y | | | | | Money Order | | | |
| 07/06/2004 | 13:35 | B#25023 | Deposit | | 5.00 | | | 14.48 |
| **Comment** 42z | | | | | Cash | | | |
| 07/06/2004 | 13:36 | B#25023 | Deposit | | 15.00 | | | 29.48 |
| **Comment** 43z | | | | | Cash | | | |
| 07/08/2004 | 10:35 | I#266497 | I | 5.00 | | | | 24.48 |
| **Comment** Sales Transaction | | | | | | | | |
| 07/08/2004 | 10:37 | I#266498 | I | 14.64 | | | | 9.84 |
| **Comment** Sales Transaction | | | | | | | | |
| 07/13/2004 | 13:16 | B#25097 | Deposit | | 15.00 | | | 24.84 |
| **Comment** 83b | | | | | Cash | | | |
| 07/13/2004 | 13:17 | B#25097 | Deposit | | 5.00 | | | 29.84 |
| **Comment** 82b | | | | | Cash | | | |
| 07/15/2004 | 08:39 | I#266943 | I | 25.82 | | | | 4.02 |
| **Comment** Sales Transaction | | | | | | | | |
| 07/22/2004 | 14:47 | I#267438 | I | -5.00 | | | | 9.02 |
| **Comment** Sales Transaction | | | | | | | | |
| 07/22/2004 | 14:48 | I#267439 | I | 8.36 | | | | 0.66 |
| **Comment** Sales Transaction | | | | | | | | |
| 07/27/2004 | 11:35 | B#25238 | Deposit | | 10.00 | | | 10.66 |
| **Comment** 14g | | | | | Cash | | | |
| 07/27/2004 | 11:35 | B#25238 | Deposit | | 30.00 | | | 40.66 |
| **Comment** 15g | | | | | Cash | | | |

**Account Activity Ledger**

Date: 08/02/2004
Time: 14:06

From : 06/09/2004   To : 08/02/2004

Page :   2

| Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 022446887 | **Name** RICHARDS, JAMES T | | | **Block** | | **Previous Balance** | | 40.66 |
| 07/29/2004 | 09:50 | I#267918 | I | 14.13 | | | | 26.53 |
| **Comment** Sales Transaction | | | | | | | | |
| 07/29/2004 | 10:57 | I#267939 | I | 14.80 | | | | 11.73 |
| **Comment** Sales Transaction | | | | | | | | |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 11 | For $ | 155.65 |
| **Withdraws** | 0 | For $ | 0.00 |
| **Invoices** | 10 | For $ | 143.92 |

*[handwritten signature] Iris Stevens*
*Inmate Accounts / NCSO*

Page :   2

# Plymouth County Correctional Facility



Account #: 36350
Account Name:   RICHARDS, JAMES THOMAS
Account Type:   I   INMATE CANTEEN ACCOUNTS
SSN:   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        Indigent:   No

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2004/06/15 | 11:11 | WDCK | 1400309 | 4302 | JAMES RICHARDS dob: 2/26/54 | -$35.65 | $0.00 | 0 | 06/15/2004CW |
| 2004/06/14 | 08:11 | CNTN | 1397952 | 37150 | OID:100069030-ComisaryRefund-R | $23.01 | $35.65 | 0 | Purch20040614081100 |
| 2004/06/07 | 14:13 | CNTN | 1395375 | 37010 | OID:100069030-ComisaryPurch-Re | -$23.01 | $12.64 | 317329 | Purch20040607140822 |
| 2004/06/04 | 09:28 | DPCA | 1393824 | | James Richards dob 2.26.24 4 | $20.00 | $35.65 | 317329 | 20040603V |
| 2004/06/01 | 10:27 | CNTN | 1391918 | 36486 | OID:100067881-ComisaryPurch-Re | -$13.40 | $15.65 | 317329 | Purch20040601102258 |
| 2004/05/28 | 10:33 | DPCA | 1390600 | | Claire T Richards 4 Martindal | $20.00 | $29.05 | 317329 | 20040527V |
| 2004/05/24 | 13:45 | CNTN | 1388246 | 36033 | OID:100067099-ComisaryPurch-Re | -$21.36 | $9.05 | 317329 | Purch20040524134027 |
| 2004/05/21 | 10:06 | DPCA | 1386806 | | Claire T Richards 4 Martindal | $20.00 | $30.41 | 317329 | 20040520V |
| 2004/05/18 | 12:10 | CNTN | 1384961 | 35480 | OID:100065830-ComisaryPurch-Re | -$17.54 | $10.41 | 317329 | Purch20040518120522 |
| 2004/05/17 | 12:39 | DPCA | 1383576 | | Claire T Richards 4 Martindal | $20.00 | $27.95 | 317329 | 20040516V |
| 2004/05/11 | 08:07 | CNTN | 1381269 | 34986 | OID:100064897-ComisaryPurch-Re | -$17.39 | $7.95 | 317329 | Purch20040511080135 |
| 2004/05/07 | 09:42 | DPCA | 1379659 | | Claire Richards | $25.00 | $25.34 | 317329 | 20040506V |
| 2004/05/03 | 14:16 | CNTN | 1377703 | 34488 | OID:100063969-ComisaryPurch-Re | -$17.80 | $0.34 | 317329 | Purch20040503141045 |
| 2004/04/26 | 14:30 | CNTN | 1373935 | 33998 | OID:100063056-ComisaryPurch-Re | -$13.32 | $18.14 | 317329 | Purch20040426142416 |
| 2004/04/26 | 12:12 | DPCA | 1372640 | | Ann M Antonellis 49 Elm Avenu | $25.00 | $31.46 | 317329 | 20040425V |
| 2004/04/26 | 08:12 | CNTN | 1372949 | 33602 | OID:100060789-ComisaryRefund-R | $2.50 | $6.46 | 317329 | Purch20040426081026 |
| 2004/04/20 | 10:43 | CNTN | 1370180 | 33508 | OID:100061999-ComisaryPurch-Re | -$20.70 | $3.96 | 317329 | Purch20040420103822 |
| 2004/04/16 | 10:08 | DPCA | 1368709 | | Claire T Richards 4 Martindal | $20.00 | $24.66 | 317329 | 20040415V |
| 2004/04/12 | 14:35 | CNTN | 1366685 | 32931 | OID:100060789-ComisaryPurch-Re | -$23.59 | $4.66 | 317329 | Purch20040412143031 |
| 2004/04/07 | 10:28 | DPMO | 1364454 | 222708499 | CLAIRE RICHARDS | $25.00 | $28.25 | 317329 | 20040407MAIL |
| 2004/04/05 | 14:26 | CNTN | 1362714 | 32525 | OID:100060369-ComisaryPurch-Re | -$16.92 | $3.25 | 317329 | Purch20040405142049 |
| 2004/04/02 | 09:44 | DPCA | 1360890 | | Claire T Richards 4 Martindal | $20.00 | $20.17 | 317329 | 20040401v |
| 2004/03/29 | 14:07 | CNTN | 1358784 | 31903 | OID:100058876-ComisaryPurch-Re | -$15.13 | $0.17 | 317329 | Purch20040329140115 |
| 2004/03/26 | 09:56 | DPCA | 1356680 | | Claire T Richards 4 Martindal | $15.00 | $15.30 | 317329 | 20040325V |
| 2004/03/22 | 14:14 | CNTN | 1354509 | 31366 | OID:100057966-ComisaryPurch-Re | -$16.83 | $0.30 | 317329 | Purch20040322140746 |
| 2004/03/15 | 13:26 | CNTN | 1350592 | 30773 | OID:100056550-ComisaryPurch-Re | -$17.48 | $17.13 | 317329 | Purch20040315131851 |
| | | | | | | | | | 20040311V |

Printed:   7/9/2004        14:32            Page:   1

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2004/03/12 | 10:30 | DPCA | 1348745 |  | Claire T Richards 4 Martindal | $20.00 | $34.61 | 317329 |  |
| 2004/03/08 | 15:00 | CNTN | 1346428 | 30299 | OID:100055884-ComisaryPurch-Re | -$42.91 | $14.61 | 317329 | Purch20040308145446 |
| 2004/02/25 | 11:19 | CNTN | 1340124 | 29230 | OID:100051925-ComisaryRefund-R | $2.39 | $57.52 | 317329 | Purch20040225111834 |
| 2004/02/17 | 09:51 | CNTN | 1333964 | 27620 | OID:100051925-ComisaryPurch-Re | -$6.72 | $55.13 | 317329 | Purch20040217094735 |
| 2004/02/06 | 08:02 | DPMO | 1328222 | 729919079 | CLAIRE RICHARDS | $20.00 | $61.85 | 317329 | 20040205MAIL2 |
| 2004/01/28 | 08:03 | DPMO | 1323884 | 378225876 | CLAIRE RICHARDS | $20.00 | $41.85 | 317329 | 20040127MAIL2 |
| 2004/01/21 | 10:13 | DPMO | 1320258 | 378225855 | CLAIRE RICHARDS | $20.00 | $21.85 | 317329 | 20040121MAIL |
| 2004/01/13 | 08:18 | CNTN | 1315864 | 25154 | OID:100047324-ComisaryPurch-Re | -$9.19 | $1.85 | 317329 | Purch20040113081325 |
| 2004/01/09 | 10:08 | DPCA | 1313831 |  | Claire T Richards 4 Martindal | $10.00 | $11.04 | 317329 | 20040108V |
| 2004/01/05 | 14:30 | CNTN | 1311225 | 24440 | OID:100045553-ComisaryPurch-Re | -$10.00 | $1.04 | 317329 | Purch20040105142420 |
| 2003/12/29 | 11:04 | DPCA | 1306121 |  | Claire Richards | $10.00 | $11.04 | 317329 | 20031228V |
| 2003/12/29 | 09:27 | CNTN | 1307147 | 23889 | OID:100044170-ComisaryPurch-Re | -$3.49 | $1.04 | 317329 | Purch20031229092155 |
| 2003/12/22 | 09:59 | CNTN | 1303075 | 23357 | OID:100043013-ComisaryPurch-Re | -$57.41 | $4.53 | 317329 | Purch20031222095417 |
| 2003/12/19 | 09:55 | DPCA | 1301242 |  | Claire Richards | $50.00 | $61.94 | 317329 | 20031218V |
| 2003/12/19 | 09:49 | DPCA | 1301892 |  | POSTED TWICE @VISIT DESK | -$50.00 | $11.94 | 317329 | 20031219ADJ |
| 2003/12/19 | 09:48 | DPCA | 1301243 |  | Claire Richards | $50.00 | $61.94 | 317329 | 20031218V |
| 2003/12/15 | 13:22 | CNTN | 1299213 | 22948 | OID:100042577-ComisaryPurch-Re | -$22.40 | $11.94 | 317329 | Purch20031215131639 |
| 2003/12/12 | 10:27 | DPCA | 1296895 |  | Claire Richards | $25.00 | $34.34 | 317329 | 20031211V |
| 2003/12/08 | 09:58 | CNTN | 1294835 | 22368 | OID:100041363-ComisaryPurch-Re | -$23.30 | $9.34 | 317329 | Purch20031208095251 |
| 2003/12/05 | 10:22 | DPCA | 1292876 |  | Claire T Richards 4 Martindal | $50.00 | $32.64 | 317329 | 20031204V |
| 2003/12/01 | 14:28 | CNTN | 1290950 | 21892 | OID:100040609-ComisaryPurch-Re | -$15.25 | $2.64 | 317329 | Purch20031201142211 |
| 2003/11/24 | 14:10 | CNTN | 1287621 | 21280 | OID:100039006-ComisaryPurch-Re | -$23.71 | $17.89 | 317329 | Purch20031124140111 |
| 2003/11/21 | 10:23 | DPCA | 1285553 |  | Claire T Richards 4 Martindal | $20.00 | $41.60 | 317329 | 20031120V |
| 2003/11/17 | 15:07 | CNTN | 1283713 | 20795 | OID:100037956-ComisaryPurch-Re | -$15.88 | $21.60 | 317329 | Purch20031117150028 |
| 2003/11/17 | 08:03 | CNTN | 1282080 | 20361 | OID:100037168-ComisaryRefund-R | $0.80 | $37.48 | 317329 | Purch20031117080053 |
| 2003/11/14 | 09:50 | DPCA | 1280973 |  | Claire T Richards 4 Martindal | $30.00 | $36.68 | 317329 | 20031113V |
| 2003/11/10 | 09:48 | CNTN | 1279282 | 20294 | OID:100037168-ComisaryPurch-Re | -$44.09 | $6.68 | 317329 | Purch20031110094231 |
| 2003/11/07 | 09:56 | DPCA | 1277405 |  | claire Richards | $20.00 | $50.77 | 317329 | 2003110603V |
| 2003/11/04 | 08:50 | CNTN | 1275686 | 19660 | OID:100035508-ComisaryPurch-Re | -$1.79 | $30.77 | 317329 | Purch20031104083913 |
| 2003/11/04 | 08:03 | DPMO | 1274674 | 121182466 | CLAIRE RICHARDS | $30.00 | $32.56 | 317329 | MAIL11/03/03 |
| 2003/10/27 | 14:45 | CNTN | 1271589 | 19217 | OID:100034510-ComisaryPurch-Re | -$15.84 | $2.56 | 317329 | Purch20031027143909 |
| 2003/10/27 | 09:12 | DPCA | 1270294 |  | NEW COMMIT | $18.40 | $18.40 | 317329 | 20031027IN |