UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES T. RICHARDS
v.
U.S. ATTORNEY MICHAEL J. SULLIVAN
[illegible] & U.S. Justice Dept.

AUG 23 P 2:48

U.S. DISTRICT COURT
DISTRICT OF MASS

### PETITION FOR WRIT OF MANDAMUS

Now comes petitioner and requests that This Honorable ~~District~~ [illegible]
Court issue a writ of mandamus ordering the U.S. Justice
Dept. — in U.S. Attorney Michael J. Sullivan — to charge petitioner with treason and other crimes which
members of the Justice Department know he has committed.
Petitioner submits that he has engaged in treasonous activities since February,
2001; That he is presently engaged in treasonous activities; and The reason
he hasn't been charged with treason and related crimes is to protect the
political career of U.S. Attorney Michael J. Sullivan, who was a classmate and friend
of petitioner's in high school and who has had excellent reason to know,
since 2000, That petitioner's daughter was living in a home where she
was and is being physically and emotionally abused by her mother and
physically, emotionally and possibly sexually abused by the stepfather. At
Their foundation, petitioner's treasonous activities have all
been motivated by his desire to protect his daughter.

    I'm going to change to first-person voice hereafter.

    My latest treasonous activities have been my efforts —
which are ongoing — to organize a "Night of Broken Glass"
via my fellow prisoners here at Norfolk County Correction
Center, who I am trying to get to talk to their people
on the outside and tell them to start breaking the glass

of businesses — especially Jewish businesses — on the nights of August 27 and August 28, 2004, although if I am not successful at organizing a night of broken glass on those dates, I'll try for a date in September or October.

I want people to break glass not only so I would get attention for myself (and therefore, my daughter), but because I am protesting the media's inadequate coverage of the crisis in Sudan (because inadequate coverage means dead Sudanese); the U.S. policy of supporting Israel (which translates into dead Americans); the U.S. presence in Iraq (which occurred not so much to protect the United States as to protect Israel, and typical of so many Jewish actions of self-protection, it has only made things worse for the Jews); and to protest the stupidity of the American people, most of whom accept the idea that the Jews are God's chosen people based on a conversation which took place more than 3000 years ago between an old man and a shrub.

If a million Jews were being faced with death by genocide and starvation, the media would be all over the story 24/7, and the media coverage wouldn't let up until all the Jews were protected — but because the people dying are African blacks, it's a marginal issue of little importance to the American media, which is not only hugely influenced by the Jews but whose leading producers, directors and publishers are disproportionately

Jewish far in excess of the Jewish representation in the general population. It's foolish to embrace the world view of a people who time and again engage in behavior that keeps getting themselves killed.

The adoption by the United States of the Jewish world view has (1) helped to turn many of America's friends into its enemies; (2) increased political, military and economic instability in the Middle East; (3) raised oil prices, thus threatening the U.S. economy; (4) caused huge losses in our economy since 9/11/01; (5) cost the lives of nearly 3000 Americans on 9/11/01, and ruptured the lives of their families; (6) cost the lives of 900-plus American soldiers in Iraq, and counting, and ruptured the lives of their family members; (7) maimed and mutilated the bodies of thousands of American soldiers and fractured and torn their families; (8) cost more than $200 billion in aid to Israel over the last 56 years — money which could have gone to greatly improve America's schools; (9) cost us more than $200 billion in Iraq, which doubles our deficit, increases economic instability, and takes from our ability to finance such things as medical research for cancer, heart disease and strokes, plus job creation, bridge and road repair, etc.; (10) greatly diminished U.S. standing worldwide; (11) sent an adrenaline rush of anger and hatred through 1.2 billion Muslims worldwide; (12) ~~and~~ constricted America's freedoms and

moved us closer to a police state, a form of government which historically has been particularly lethal toward Jewish people; (13) greatly endangered Americans abroad, and at home; (14) created a vastly more unstable world; (15) increased the nuclear threat worldwide; and (16) multiplied the risk of danger and death to the people I love.

I described my effort to organize a "night of broken glass" in a letter dated August 5, 2004 which I sent to: Clerk-Criminal, U.S. District Court, 1 Courthouse Way, Ste. 9200, Boston, MA 02210 [Exhibit One]. I also sent a copy of this letter to U.S. prosecutor George Z. Toscas, U.S. Justice Dept., Criminal Division, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530-0001. I have gotten no response whatsoever.

The prisoners I tried to organize, or who I am continuing to try to organize (none of whom have agreed to go along), include ~~John~~ Josh in cell 2; Parrell Bell in cell 6; James Bell, who was in cell 12 but has since gone to the prison in Concord, MA; Mike and "Ben" in cell 13; Hal in cell 14; Mike Sullivan (formerly in cell 15); ~~████████~~ Paul in cell 20; Ronnie, who was in cell 23 but has since left; Duane in cell 28; and Jimmy Alyxion in cell 30. I have given permission to all these people to tell the authorities what I have been doing. I also wrote to Professors Lani Guinier, Charles Ogletree and Alan Dershowitz at Harvard Law School, and made it clear that I was not asking for legal help, that I was making

no claim of confidentiality in the letter I was sending them, and that I my attempt to organize a night of broken glass was an ongoing one.

Second, while I was at the Plymouth County Correctional Center (from October, 2003 to June, 2004), I tried to convince prisoners that they or their people on the outside should create debilitating traffic tie-ups in the city of Boston with a view to causing such tie-ups in cities all over the country.

How? By taking three cars, driving them along some roadway such as Storrow Drive, which has a two-lane road inbound, and a two-lane road outbound. If done at morning rush hour on the inbound lanes, there should be one car driving in front, and the other two beside each other, behind the first car. All three cars slow and stop at the same spot. The drivers of the two rear cars either torch the cars or simply abandon them (in both instances, blocking traffic). Then they get into the lead car and take off, perhaps throwing out copies of their demands as they make their exit.

When a roadway such as Storrow Drive gets blocked, people have to take alternate routes, blocking up traffic throughout the city. My hope and intention was that when people around the country learn what happened, they can block up traffic in their own cities for their own purposes. This could cause problems all over the

United States, which is exactly what I hoped would happen.

I gave the government the names of prisoners I told about this, hoping those prisoners would pass the idea to their people on the outside, so the idea is out there, germinating, waiting to blossom, and it should blossom, because there are too many things in this country which aren't as good as they should be, and there's too much unfairness and indifference, especially toward children and other vulnerable people, and too much cruelty and brutality.

Among the prisoners I talked to, here and at Plymouth, were Marland Lugg, Michael Green, Eric Soares, Daniel Ostrowski, Jeff Verderer, and many others. I did this in pursuance of my treasonous activities against the United States government, which I have been engaged in since St. Valentine's Day, 2001, when I sent letters to newspapers and TV and radio stations in the metropolitan Boston area telling them that I hid three bombs in buildings somewhere in eastern Massachusetts and I wouldn't say where they were, or when they were going to go off, until the government of Massachusetts removed my daughter, then age 4½, from her mother's house where she was being physically and emotionally abused by her mother and the stepfather, and possibly sexually abused by the stepfather.

Later, in December, 2003, while a prisoner at the Plymouth County Correction Center, I sent out a bunch of letters (twelve

or more) by U.S. mail trying to disrupt the state and federal courts and various government agencies — and also to tax the resources of the FBI, the Justice Dept. and the Department of Homeland Security. These letters included threats to kill state and federal judges, a request that the Dept. of Homeland Security kill President Bush and all the Democratic presidential candidates, and a number of other threats. State and federal law enforcement agencies are in possession of most of these letters, although I'm not sure if they received the ones I sent to the CPCS offices in Massachusetts, even though I specifically stated in the letters I sent to said offices that I was not contacting them as a client, but only to make trouble with a threat which they would have to pass along to authorities, and that I was not claiming confidentiality and did not want any confidentiality regarding the letters. If the CPCS offices ~~report~~ failed to report the letters, that simply goes to show that the dishonesty and breaches of ethics ~~~~ ~~~~ are rampant and pervasive in Massachusetts and the federal government.

Before all that, in late November, 2001, I sent out packages of documents to U.S. Attorney Michael J. Sullivan (who as I said earlier was a classmate and friend of mine in high school and who had excellent reason to know my daughter was being abused), and to the media in the metropolitan Boston area; and the media in Providence,

New Haven, Trenton, Baltimore and Philadelphia stating that I had set up poisonous gas devices in all said cities in an attempt to disrupt and shut down the economies from Boston to Philadelphia. Also in the package of documents I stated that I had sabotaged a U.S. defense contractor (Haemonetics, in Braintree, MA, where I had been working as a temporary construction laborer; Haemonetics makes blood-testing equipment) with the intention of disrupting the delivery of the equipment to the government and knowing full well that my claim to have sabotaged the equipment was likely to disrupt day-to-day operations at Haemonetics; have an adverse impact on the price of Haemonetics' common stock, which is publicly traded; was likely to make it more difficult for the company to get loans to finance their operations and capital projects, or would cost them more to do so; and I also knew that after making my claim of sabotage, the integrity of Haemonetics' blood-testing equipment would thereafter be suspect. I was fully aware of these and other implications and ramifications of my actions. I did these things to try to get attention for the plight of my daughter.

As part of the letter I put atop the package of documents which I sent to U.S. Attorney Sullivan and the media outlets, I said, "To me, you people are exactly what the Taliban government is to you. You are protecting the people who have been terrorizing my little girl." I also-

wrote, "Mohammed would never let his little girl Fatima be whacked around by some punk, and be ~~was~~ emotionally butchered by a mentally disturbed woman. Which means I have more than a billion Muslims on my side, even if you Americans aren't. And if you Americans aren't, you're the evil ones, and when I'm through with you, every Muslim on this planet is going to know that you Americans did wrong to a little girl..."

The government also knows (because I wrote the government letters describing my actions), when on the run from the government in December, 2001 – January, 2002 I returned to Massachusetts on at least three occasions via commuter rail from Providence to South Station in Boston with a backpack containing approximately two quarts of "extremely flammable" paintbrush cleaner with the intention of torching a suitable target (I ~~did~~ ultimately decided that all "Starbucks" coffee outlets were suitable targets, since that's where a lot of rich people buy their coffee, my thought being that rich people have an influence over the government — and therefore, over the child-protective system and legal system — which is disproportionately greater than the influence of poor people, so it's best to torch the rich people, since they're the ones who ultimately are more responsible than poor people for my inability to protect my daughter).

I never did get a chance to torch any rich people, though, since I was arrested in January, 2002; and even if I had the chance to torch the rich people, it's not as easy to do as one would think, especially if you were raised like me, and you put a high value on human life, which is why I thought about torching people in the first place, because my daughter's life is, for me, the most important life on the planet, and time and time and time again I had to deal with people, including judges, who had before them ample evidence of my daughter's abuse, and I couldn't even get the judges to get my daughter tested for psychological and sexual abuse, despite nine affidavits from people who knew the child and who said in their affidavits that she was being abused; and despite two reports from mental health workers (including the GAL appointed by the court) which stated that my ex-wife had severe mental problems which were adversely affecting my daughter; and despite an affidavit from a former DSS social worker who said *my daughter should be removed from the mother's home.*

I don't want to hear any excuses from judges who are totally removed from reality, and who don't know the difference between right and wrong when it comes to protecting children. Almost all the people in prison know better than the judges what I should have done to protect my daughter from the stepfather (beat him to death), but even most prisoners don't know

what needed to be done to the mother when the government failed to ~~stop~~ ~~her~~ her from mutilating my daughter (I needed to kill her; the only other solution, absconding with the child, wouldn't work, because if I was caught my daughter would be returned to the mother, I'd be put in jail, and who then would protect my daughter? No one. So, the mother needed to be put to death, which is a horrible solution, but I ~~didn't~~ didn't have the options the government had, which is to get the mother help for her illness, or incarcerate her).

I did try to kill the mother, incidentally. On several occasions; I had a gun in my pocket. All I needed to do was pull it out and start shooting. Karen (my ex-wife) stood less than ten feet away. My daughter herself had been begging me to kill her mother and the stepfather (at the time, she was between 3yrs., nine months old and 4 yrs., 1 month old.). I couldn't kill her. Why not? I wasn't raised properly. I could have killed a man who was hurting my daughter as badly as Karen was hurting her, but not a woman. So, I wasn't properly prepared for life in the modern world. I certainly couldn't blame my parents for that. They couldn't anticipate a day when the courts would be lopsidedly unfair toward men, nor were the adults in my family cruel, sadistic or brutal toward their

(11)

children. How can one prepare one's children to deal with situations ~~that~~ That one has not only never experienced, but which seem inconceivable (because it's hard for the people in my family, even now, ~~today~~ to understand how anyone can be repeatedly and consistently cruel toward children)?

Sometime between April, 2001 and November, 2001, I also made plans to throw a Molotov cocktail into a kindergarten in Newton, MA, to get attention for my daughter's situation. I got the idea from the Bible, where God killed the firstborn children of the Egyptians to free the Israelites. I chose Newton because a lot of rich Jewish people live there, and if one kills the children of rich Jews one gets far more media attention than one would get if one torched some children in East Boston, South Boston, Roxbury, Dorchester, Weymouth or Randolph, to cite only a few of the many examples where children don't count nearly as much to the people in the media as the children in Newton. (A good example of the media coverage which is hugely lopsided in favor of children in Newton occurred when a bus carrying students from Newton got in an accident in Canada, killing four children. The Boston Globe had at least twelve articles about the accident since it occurred, even though, tragic as it was, it was just an accident. Another time there was

lopsided coverage was in February of 1994, when I found a woman lying on Condor Street in East Boston. She had been ~~struck~~ struck by a car. I couldn't get a pulse. When police arrived, they did nothing whatsoever to try to help the woman — just left her lying there for about seven minutes before the ambulance came. They didn't check for a pulse, didn't try ~~any~~ CPR, nothing. They just left her lying on the cold asphalt and ignored her. When I reported this story to the Globe, Herald and a television station, they did nothing about it. Yet you know for absolute sure that if it had been a woman from Newton, Weston or Wellesley, they would have been all over the ~~story~~ — which means that when the next woman lying dying in a street in Boston received inadequate medical attention from police, the police could feel comfortable leaving her to die in the road, like she was nothing — much like the concern you Americans have shown toward my daughter.)

Also, while incarcerated here from January, 2002 to October, 2003, I told at least one other person who, like me, was filled with rage about the loss of his children that if he wanted to get media attention for his situation, or simply wreak vengeance on some of the people responsible for a corrupt legal system and child-protective system which caused harm to his children, he should torch kindergartens or grammar school classrooms in

(13)

Newton, Wellesley, Weston or Needham, or he could torch a women's bookstore in Inman Square in Cambridge.

I don't imagine this court can possibly understand what a traumatized child looks like, or what it feels like to be defenseless as every day the child is hurt even more. That's what happened to my daughter. I first called DSS when my daughter was three months old. I was 42 years old. I had never in my life been convicted of any crime to that point.

I understand John Allen Mohammed, the sniper who with his associate allegedly killed 13 people in the Maryland area, had a major grievance against the government regarding the loss of his children in a custody battle. We can expect more carnage as a result of these situations from other aggrieved men, so long as the courts aren't hypervigilant about the complexities of custody cases and the roles and conduct of both parents, and develop a greater ability to do right by children.

The courts, because they can't separate fact from fiction in some cases, believe that I'm the bad guy. I'm not. If I was the bad guy, I would have abandoned my daughter long ago.

Let's summarize my treasonous ~~activities~~ and terrorist activities:

In February, 2001, I ~~wrote~~ wrote to the media in Massachusetts stating that I hid three bombs somewhere in eastern Massachusetts and I wouldn't say where they were

or when they were going to go off ~~until~~ until my daughter was removed from her mother's home. I did this with the intent of shutting down every business in eastern Massachusetts until the premises could be searched for bombs.

Next, I made plans to firebomb a kindergarten in Newton, MA.

Next, in November, 2001, I purchased all the material needed to make poisonous gas devices, complete with timing mechanisms, and sent letters to the media in Massachusetts, Providence, New Haven, Trenton, Baltimore and Philadelphia, telling them that I had placed the devices in men's rooms in their various cities, my intent being to shut down businesses in all those cities until all buildings were searched. The FBI has evidence of my purchases, and for all they know some of the devices may still be out there.

Next, in those same letters to the media I stated that I had sabotaged a U.S. defense contractor, my intention being to disrupt the defense contractor's operations, adversely affect its financial position, and interfere with the delivery of important equipment to the U.S. Defense Department. I believe the company's operations were to some extent adversely affected by my actions.

Next, while incarcerated between January, 2002 and October, 2003 at the Norfolk County Correctional Center, I encouraged a very angry prisoner whose grievances, like mine, concerned

The abuse of his children by the mother. That he should firebomb a kindergarten or grammar school classroom in Newton, Wellesley, Needham or Weston, or firebomb a women's bookstore in Inman Square, Cambridge. Perhaps he will.

Next, between January, 2002 and the present, I told a number of prisoners of an easy plan They, their friends and families could implement which could cause major traffic tie-up in Boston as a form of protest, or as a means of having demands met. Some of these prisoners were facing deportation, and they and their families were desperate.

Next, in December, 2003, I sent a number of letters to various courts, law offices, government agencies and other places threatening to kill judges, presidential candidates and public officials with the intention to disrupt the activities of the F B I, Department of Homeland Security and the courts, and burdening them with extra work at a time when their resources were already strained, which is exactly what happened.

Next and most recently, I have been trying to organize a "night of broken glass" to get attention for my daughter's plight, to protest the media's inadequate coverage of the crisis in Sudan, and to protest America's support of Israel.

Finally, I have repeatedly expressed my support for Osama bin Laden, not only on the principle

(16)

That the enemy of my enemy is my friend, but because I believe that Israel has been the wrongdoer in the Middle East for the last 56 years, and that given the millions of Palestinians who were either killed, wounded or uprooted and driven into refugee camps by Israel during that period, or who fled into refugee camps to protect themselves and their children, it's perfectly understandable that the Muslim cousins of the Palestinians would strike back against Israel's main financial and military supporters and gain a tiny measure of vengeance for more than 56 years of death, suffering and terror which the United States helped to inflict not only on the Palestinians, but upon the people of Iraq, which reportedly suffered more than 100,000 deaths (many of them children) between 1991 and 2001 due to the economic sanctions imposed upon Iraq by the United States and its allies. Naturally, I'd prefer that all these conflicts be resolved fairly and nonviolently, but we're talking about a country, the United States, which can't even figure out how to protect even just one of its own little girls, despite the copious evidence in the form of affidavits, letters, a ~~illegible~~ a psychologist's report and a GAL report which says the child is being abused and/or the mother has severe mental problems which adversely affect her ability to

(17)

raise the child, and that the child is suffering because
of it, and the affidavit of a former DSS social worker saying the child should be removed from the mother's home.

Despite all my openly acknowledged treasonous and terrorist
activity against the United States and the copious evidence
thereof; my attempts to tie up traffic in cities nationwide
and interfere with businesses and the economy; my disruption
of the operations of a U.S. defense contractor, interference
in its business, and adversely ~~impacting~~ IMPACTION OF its financial
position and the value of its publicly traded stock; my
death threat letters to various courts, private offices
and government agencies with the attendant turmoil
and agitation that said letters caused; my trips on
the commuter rail to firebomb targets in the Boston
area and my endangerment of fellow passengers; my
attempt to terrorize cities from Boston to Philadelphia
with threats of poisonous gas and the government's
knowledge of my purchase and possession of all the
elements of the poisonous gas devices in question;
my endangerment of kindergarten and grammar-school
children in Newton, Wellesley, Weston and Needham
and my endangerment, via my attempts to organize
a "night of broken glass", of Jewish people everywhere
in the United States; and all the burdens put on
the staffs of state and federal law enforcement officials and
the monetary costs I created for federal, state and
local governments totalling tens of thousands of dollars,

or more, as a result of my treasonous and terrorist activity, which is ongoing, against the United States and the commonwealth of Massachusetts — despite all that, the sole charge against me since February, 2001, is a single count of "mailing a threatening communication".

This puts a lie to the principle that we are a nation of laws and not of men, since I suggest that the primary reason I haven't been further charged is because to charge me with the crimes I have committed, and which I admit that I have committed, would jeopardize the political career of Republican U.S. Attorney Michael J. Sullivan, because in charging me it would come to light that for the last four years Mr. Sullivan has had excellent reason to know that my daughter has been living in an abusive home, and he hasn't done nearly as much as he should have done to protect her — which makes one wonder how many other crimes have been committed in the District of Massachusetts which are not being prosecuted in order that the career of some Republican politician might be protected.

The Justice Department has wide discretion who to prosecute, but not so wide that it can protect its own U.S. Attorneys and their political careers by refusing to prosecute someone who has committed scores of felonies, ~~who~~ has been involved in terrorist activities, and has unquestionably

committed treason against the United States by giving aid and comfort to its enemies, by causing it to devote resources to his threats and actions which might have been used to counter and fight against al Qaeda, Osama bin Laden and others, and who is in absolute sympathy with al Qaeda and Osama bin Laden to the extent that they seek to redress grievances for wrongs done to the Palestinians since 1948 and others since then, with U.S. financial and military support, although I would certainly prefer a non-violent solution to these issues, but with respect to matters concerning Israel the United States simply cannot be as truthful or as fair as is needed to stop future carnage. That's why I seek to overthrow the government of the United States — to save American lives, and to save the future of my daughter.

I hereby incorporate the accompanying affidavit in support of this petition.

Respectfully submitted,

August 17, 2004

James T. Richards, 22410
N.C.C.C., PMD-9
200 West St.
Dedham, MA 02027

IN RE JAMES T. RICHARDS

AFFIDAVIT SUPPORTING

PETITION FOR WRIT OF MANDAMVS

I, James T. Richards, hereby declare:

(1) That I am currently attempting to organize a "Night of Broken Glass" by getting my fellow prisoners to get their people on the outside to throw rocks, bricks, or whatever through the windows of American businesses, especially Jewish businesses, on August 27 and 28, 2004, but if not on that date then on some further future date;

(2) ~~Further~~ That I described my efforts to organize a night of broken glass ~~in the~~ in a letter to the Clerk of the U.S. District Court, Boston and to prosecutor George Z. Toscas, ~~~~ U.S. Justice Dept., Washington, D.C, said letter having been sent on August 5, 2004;

(3) That the names of all the prisoners contained in the petition who I tried to organize are accurate, although none of them agreed to help me;

(4) That I sent letters to Professors Lani Guinier and Charles Ogletree of Harvard Law School on July 25, 2004 telling them I was trying to organize a night of broken glass, and I believed I asked them to help me by getting some of their friends to go along, and I specifically stated in my letters to them that I was not

(1)

seeking legal representation for them and my crime of
trying to organize a night of broken glass was an ongoing one;

(5) That I sent a letter to Harvard Law professor Alan
Dershowitz on July 25, 2004 telling him about my ongoing
efforts to organize a night of broken glass and specifically
saying I was not asking him for legal representation and that
I did not claim any confidentiality in my letter;

(6) That while at the Plymouth County Correctional Center I tried to
convince a number of prisoners that they or their people on
the outside should cause debilitating traffic tie-ups in the
city of Boston, and I gave them the plans how to cause
such tie-ups, and I later informed the authorities
of my efforts to cause such tie-ups and I
gave them the names of people (prisoners) I
tried to organize, my intention being that once
such a tie-up was caused in the Boston area the
idea would spread nationwide;

(7) That in December, 2003 I sent out a bunch of letters
(more than 12) by U.S. mail trying to disrupt the
state and federal courts and various government
agencies, and also to tax the resources of the FBI,
the Justice Dept. and the Dept. of Homeland Security,
said letters included threats to kill state and
federal judges, a request that the Dept. of Homeland
Security kill President Bush and all the Democratic
presidential candidates, and a number of other

(22)

Threats;

(8) That in late November, 2001, I purchased all the materials needed to make poisonous gas devices, and timing mechanisms, and sent out packages of documents to U.S. Attorney Michael J. Sullivan and to the media in Massachusetts, Rhode Island, Connecticut, New Jersey, Maryland and Pennsylvania in all said cities in an attempt to disrupt and shut down the economies from Boston to Philadelphia; by saying in a cover letter to the package of documents that I had set up the poisonous gas devices in said cities;

(9) That also in the letter referred to in numbered paragraph 8 above, I said that I had sabotaged a defense contractor, Haemonetics of Braintree, with the intention of disrupting the delivery of the equipment to the government, disrupting the daily operations of Haemonetics, adversely impacting the price of its publicly-traded common stock, causing it to incur large costs, and undermining the integrity of its products;

(10) That I returned to Massachusetts via the commuter rail from Providence to Boston with "extremely flammable" paint-brush cleaner with the intention of torching a suitable target;

(11) That I made plans to throw a Molotov cocktail into a Newton kindergarten as payback for all the trauma

my little girl suffered when I was ripped out of her life like I was a slave, and when her paternal grandparents, uncles, aunts and cousins were all ripped out of her life and she was left to live with a couple of child abusers, and I got the idea about killing children from the god of the Israelites, who is also the god of the Americans; and

17) That while incarcerated at N.C.C.C. I told at least one other prisoner who was very angry and apparently justifiably aggrieved at the court because of a custody situation that if he wanted to get attention for the situation of his children, or simply to get vengeance, he should torch a kindergarten or grammar school in Newton, Wellesley, Weston or Needham or a women's bookstore in Inman Square, Cambridge.

Signed this 17th day of August, 2004 under the penalties of perjury.

James T. Richards

(4)