UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES T. RICHARDS,
                       Plaintiff,

       v.                              Civil Action No.  04-11862-NMG

MICHAEL J. SULLIVAN,
                       Defendant.

ORDER OF DISMISSAL

GORTON, D.J.

     In accordance with this Court's order dated October 7, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                                       By the Court,

                                                         s/ Linn A. Weissman
                                                          Deputy Clerk

Date: October 7, 2004

(noticeofdismissal.wpd - 12/98)                                                                                [odism.]